UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SHAWN HUGHES,<br><br>Plaintiff,<br><br>v.<br><br>DESIREE VANCE, et al.,<br><br>Defendants. | No. 2:14-cv-1550-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in this civil action. On August 8, 2014, the court recommended that this action be dismissed because plaintiff failed to submit a proper application for leave to proceed in forma pauperis. ECF No. 8. The same day, plaintiff's application for leave to proceed in forma pauperis was filed on the court's electronic docket. ECF No. 9.

Accordingly, IT IS HEREBY ORDERED that the August 8, 2014 findings and recommendations (ECF No. 8) are vacated. In due course, the court will review plaintiff's in forma pauperis application and if appropriate, screen the complaint pursuant to 28 U.S.C. § 1915(e)(2).

DATED: August 21, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE