1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JASON SHAWN HUGHES,                    No.  2:14-cv-1550-KJM-EFB P

12                Plaintiff,

13        v.                                FINDINGS AND RECOMMENDATIONS

14   DESIREE VANCE, TJ GRUNDY, and
     COUNTY OF BUTTE,
15
                  Defendants.
16

17

18        Plaintiff is proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This

19   proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

20        On March 31, 2015, the court screened plaintiff's original complaint.  The complaint was

21   dismissed with leave to amend.  ECF No. 13.  That order informed plaintiff of the deficiencies in

22   his complaint and directed plaintiff to file an amended complaint within thirty days.  *Id*.  The

23   court also warned plaintiff that failure to comply with the order would result in a recommendation

24   that this action be dismissed.  *Id*.  The time for acting has passed and plaintiff has not filed an

25   amended complaint or otherwise responded to the court's order.[1]

26   _____

27        [1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff
     was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current
     address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of
28   the party is fully effective.

                                              1

1       A party's failure to comply with any order or with the Local Rules "may be grounds for

2   imposition by the Court of any and all sanctions authorized by statute or Rule or within the

3   inherent power of the Court." E.D. Cal. Local Rule 110. The court may dismiss an action with or

4   without prejudice, as appropriate, if a party disobeys an order or the Local Rules. *See Ferdik v.*

5   *Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

6   dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended

7   complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

8   1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule

9   regarding notice of change of address affirmed).

10       Accordingly, it is hereby RECOMMENDED that this action be DISMISSED for failure to

11   state a claim and for failure to prosecute. 28 U.S.C. 1915A(b); Fed. R. Civ. P. 41(b); E. D. Cal.

12   Local Rule 110.

13       These findings and recommendations are submitted to the United States District Judge

14   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

15   after being served with these findings and recommendations, any party may file written

16   objections with the court and serve a copy on all parties. Such a document should be captioned

17   "Objections to Magistrate Judge's Findings and Recommendations." Any response to the

18   objections shall be served and filed within fourteen days after service of the objections. The

19   parties are advised that failure to file objections within the specified time may waive the right to

20   appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

21   *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

22   Dated: June 2, 2015.

23

24   EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

25

26

27

28